CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
ChrisC@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELEN ACEVEDO,<br><br>    Plaintiff,<br><br>  v.<br><br>HGGA PROMENADE, L.P., a California Limited Partnership; MARSHALLS OF CA, LLC, a Virginia Limited Liability Company; and Does 1-10,<br><br>    Defendants. | **Case:** 8:19-CV-00309-JLS-KES<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Belen Acevedo, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants HGGA Promenade, L.P., and Marshalls of CA, LLC, have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: May 17, 2019          CENTER FOR DISABILITY ACCESS

                             By: /s/ Chris Carson
                                 Chris Carson
                                 Attorney for Plaintiff